**DISMISS and Opinion Filed January 17, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00693-CV

## OSCAR A. MORALES, Appellant
## V.
## K CONSTRUCTION, LLC, Appellee

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02508-2021**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Before the Court is the parties' joint motion to dismiss the appeal based on

settlement. *See* TEX. R. APP. P. 42.1(a). We grant the motion and dismiss the appeal.

*See id.*

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220693F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

OSCAR A. MORALES, Appellant

No. 05-22-00693-CV     V.

K CONSTRUCTION, LLC,
Appellee

On Appeal from the 471st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 471-02508-
2021.
Opinion delivered by Chief Justice
Burns, Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed by the parties, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered this 17th day of January 2023.